LOUIS GUARDINO and Another, as Administrators, etc., of MARY GUARDINO, Deceased, Respondents, v. E. FREDERICK SHAW, SR., Appellant.— Judgment

affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.